```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 30777
   MICHAEL SPENCER
   ROBERTA SPENCER                          CHAPTER 13

                                            JUDGE: BRUCE W BLACK
          Debtor
    SSN XXX-XX-9620     SSN XXX-XX-5253

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/12/08 .

   2.  The case was dismissed without confirmation, 01/30/2009.

------------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------

       Summary of disbursements:
------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00        .00           .00          .00
PRINCIPAL PAID         .00        .00        .00           .00          .00
INTEREST PAID          .00        .00        .00           .00          .00
TOTAL PAID             .00        .00        .00           .00          .00
The Debtor's attorney, PRO SE DEBTOR               , was allowed $     .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $       .00 .




     Dated: 03/13/09           /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 30777 MICHAEL SPENCER & ROBERTA SPENCER
```